COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.41⁶
02 1W
0001401603 JUL. 16. 2015

K RD Paroled

RE: WR-81,875-01

ROBERT DAVID MIELNICKI
LUTHER UNIT - TDC # 1748129
1800 LUTHER DR.
NAVASOTA, TX 77869

UTF

45   EVE—N3B 77869